AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 545 – Smuggling;
18 U.S.C. § 2320(a) – Trafficking in Counterfeit Goods;
18 U.S.C. §§ 982(a)(2)(B) and 2323(b) – Criminal Forfeiture.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Attached

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
SEP 20 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**
► LIXIONG CHEN a/k/a JOHN CHEN

**DISTRICT COURT NUMBER**
CR18 0450 JD

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
HOMELAND SECURITY INVESTIGATIONS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: ALEX G. TSE
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): MICHELLE J. KANE

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ► _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ► Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ► Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

Attachment

Statutory Maximum Penalties

18 U.S.C. § 545: 20 years of imprisonment, $250,000 fine, 3 years of supervised release, $100 special assessment, forfeiture, and restitution.

18 U.S.C. § 2320: 10 years of imprisonment, $2,000,000 fine, 3 years of supervised release, $100 special assessment, forfeiture, and restitution.

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: Oakland

FILED
SEP 20 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA,

V.

LIXIONG CHEN
a/k/a John Chen,

CR 18 0450 JD

DEFENDANT.

INDICTMENT

18 U.S.C. § 545 – Smuggling; 18 U.S.C. § 2320(a) – Trafficking in Counterfeit Goods; 18 U.S.C. §§ 982(a)(2)(B) and 2323(b) – Criminal Forfeiture

A true bill.

_____
Foreman

Filed in open court this 20 day of SEPT 2018

_____
Clerk

Bail, $ NO BAIL WARRANT
9/20/18



ALEX G. TSE (CABN 152348)
United States Attorney

FILED
SEP 20 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LIXIONG CHEN <br><br> a/k/a John Chen, <br><br> Defendant. | CASE NO. CR 18 0450 JD <br><br> VIOLATIONS: 18 U.S.C. § 545 – Smuggling; 18 U.S.C. § 2320(a) – Trafficking in Counterfeit Goods; 18 U.S.C. §§ 982(a)(2)(B) and 2323(b) – Criminal Forfeiture. <br><br> OAKLAND VENUE <br><br> UNDER SEAL |

<u>I N D I C T M E N T</u>

The Grand Jury charges:

<u>BACKGROUND</u>

At all times relevant to the Indictment:

1. LIXIONG CHEN a/k/a JOHN CHEN ("CHEN") was an individual conducting business in the Northern District of California.

2. CHEN operated businesses known as CBK Auto, CBK Holdings, Inc., CBK Wholesale, CBK USA, and Silicon Electronics, for which he used, among other locations, warehouse facilities and a house in Newark, California. CHEN also used web sites, including www.bestcompu.com and www.cbkelectronics.com, in connection with his businesses. CHEN also used the eBay and Amazon

INDICTMENT

Document No.
1 cp
District Court
Criminal Case Processing

sales platforms.

3. Through his businesses, CHEN imported and sold counterfeit goods, including electronics and computer accessories.

COUNTS ONE THROUGH FOUR: (18 U.S.C. § 545 – Smuggling Goods into the United States)

4. The factual allegations at Paragraphs One through Three are realleged as if set forth fully herein.

5. On or about the dates set forth below, in the Northern District of California and elsewhere, the defendant,

LIXIONG CHEN
a/k/a JOHN CHEN,

did fraudulently and knowingly import and bring into the United States merchandise contrary to law, that is, goods including electronic devices and computer accessories bearing various counterfeit marks, as defined in 18 U.S.C. § 2320(f), in violation of 18 U.S.C. § 2320(a)(1).

| Count | Date | Counterfeit Goods | Destination |
|---|---|---|---|
| One | October 17, 2013 | Items bearing counterfeit Nokia, Universal Serial Bus ("USB"), Phillips, High Definition Multimedia Interface ("HDMI"), Underwriters Laboratory ("UL"), and Sanrio marks. | CBK Holding, 37390 Cedar Blvd., Suite C, Newark, CA |
| Two | November 21, 2013 | Items bearing counterfeit Motorola, Apple, and UL marks. | Silicon Electronics, 5648 Forbes Dr., Newark, CA |
| Three | December 9, 2013 | Items bearing counterfeit Motorola and Nokia marks. | Silicon Electronics, 5648 Forbes Dr., Newark, CA |
| Four | May 21, 2014 | Items bearing counterfeit UL marks. | CBK Holding, Inc., 37390 Cedar Blvd., Suite C, Newark, CA |

All in violation of Title 18, United States Code, Section 545.

COUNTS FIVE THROUGH SEVEN: (18 U.S.C. § 2320(a) – Trafficking in Counterfeit Goods)

6. The factual allegations at Paragraphs One through Three are realleged as if set forth fully herein.

INDICTMENT                                    2

7. On or about the dates set forth below, in the Northern District of California and elsewhere, the defendant,

LIXIONG CHEN
a/k/a JOHN CHEN,

did intentionally traffic and attempt to traffic in the goods identified below, and knowingly used counterfeit marks on and in connection with such goods.

| Count | Date | Counterfeit Goods | Shipped By |
|---|---|---|---|
| Five | January 2, 2014 | Power adapter bearing counterfeit UL mark | Silicon Electronic, PO Box 14492, Fremont, CA 94539 |
| Six | May 4, 2015 | Power adapters bearing counterfeit Hewlett-Packard marks | CBK USA, 37390 Cedar Blvd., Suite C, Newark, CA 94560 |
| Seven | June 26, 2017 | Mobile phone screen bearing counterfeit Samsung mark | Silicon Electronic, 37390 Cedar Blvd., Suite B, Newark, CA 94560 |

All in violation of Title 18, United States Code, Section 2320(a)(1).

CRIMINAL FORFEITURE ALLEGATIONS

8. The allegations contained in Counts One through Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 545 and Title 28, United States Code, Section 2461(c).

9. Upon conviction of any of the offenses alleged in Counts One through Four of this Indictment, defendant,

LIXIONG CHEN
a/k/a JOHN CHEN,

shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the smuggling offenses, and, pursuant to 18 U.S.C. § 545 and 28 U.S.C. § 2461(c), any merchandise introduced into the United States

INDICTMENT                                             3

in violation of 18 U.S.C. § 545, or the value thereof.

10. The factual allegations of Counts Five through Seven are realleged as if set forth fully herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2323(b).

11. As a result of his conviction on one or more of the felony offenses set forth in Counts Five through Seven of this Indictment, defendant,

LIXIONG CHEN
a/k/a JOHN CHEN,

shall forfeit the following property, real or personal, to the United States:

(1) Any article, the making or trafficking of which, is prohibited under Title 18, United States Code, Section 2320;

(2) Any property used, or intended to be used, in any manner or part to commit or facilitate a violation of Title 18, United States Code, Section 2320;

(3) Any property constituting or derived from any proceeds obtained directly or indirectly as a result of a violation of Title 18, United States Code, Section 2320.

12. In the event that the property subject to forfeiture as a result of any act or omission of the defendant:

    a. cannot be located upon exercise of due diligence;

    b. has been placed beyond the jurisdiction of the Court;

    c. has been transferred or sold to, or deposited with a third party;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

///
///
///
///
///

INDICTMENT      4

1 | the United States of America shall be entitled to forfeiture of substitute property pursuant to Title
2 | 21, United States Code, Section 853(p), all pursuant to Title 18, United States Code, Section 2323(b).
3 |
4 | Dated: 9/20/18                                            A TRUE BILL.
5 |
6 |                                                           _____
7 |                                                           FOREPERSON
8 | ALEX G. TSE
  | United States Attorney
9 |
10 | _____
11 | JOHN H. HEMANN
   | Deputy Chief, Criminal Division
12 |
13 | (Approved as to form: _____ )
   |                       AUSA M. KANE
14 |

INDICTMENT                                                  5