UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minutes

Date: February 27, 2019                                         Judge: Hon. James Donato

Court Reporter: Debra Pas
Time: 9 Minutes
Case No.        **CR-18-00450-JD-1**
Case Name       **United States v. Lixiong Chen (Int.) (I)**

Attorney(s) for Government:    Michelle Kane
Attorney(s) for Defendant(s):  Mark Krotoski/Peng Wang
Interpreter: Anthony Tam
Probation Officer: N/A

Deputy Clerk: Lisa Clark

PROCEEDINGS

Status Conference - Held

NOTES AND ORDER

A jury trial is set for April 8, 2019. The pretrial conference is set for March 25, 2019, at 11:00 a.m. All pretrial filings are due by March 11, 2019.