UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 18-00450 JD |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER FORFEITING BOND** |
| ) | **AND ENTERING JUDGMENT AGAINST** |
| v. ) | **DEFENDANT** |
| ) | |
| LIXIONG CHEN, ) | Hearing Date: July 31, 2019 |
| a/k/a John Chen, ) | Time: 10:30 a.m. |
| ) | Courtroom 11, 19th Floor |
| Defendant. ) | |
| ) | |
| ) | |

On July 31, 2019, the Court held a hearing regarding forfeiture of the bond and heard arguments from the government and defense counsel. After fully considering the matter, the Court makes the following order:

1. On or about January 24, 2019, the defendant executed a bond in the sum of $1,000,000, conditioned upon the appearance of the defendant, as ordered by United States Magistrate Judge Kandis A. Westmore. In addition, the defendant agreed that payment of the full amount of the bond shall be due forthwith if the defendant failed to obey his conditions of release. On or about January 31, 2019, Magistrate Judge Westmore modified the bond to be secured by real property. In addition, Magistrate Judge Westmore admonished the defendant's wife and co-owner of the property regarding the consequences of any violation by the defendant of his conditions of release.

[PROPOSED] ORDER RE BOND
CR 18-00450 JD

2. On June 24, 2019, the defendant failed to appear for the first day of jury trial in this matter. His attorneys informed the Court that he would not be present for the "foreseeable future."

Based on the above findings, and for good cause shown, IT IS HEREBY ORDERED: That judgment is entered in favor of the United States and against the defendant Lixiong Chen, in the sum of $1,000,000, plus interest from the date of entry of judgment as provided by law until paid in full, plus costs of court.

Dated: July 31, 2019

_____
HONORABLE JAMES DONATO
United States District Judge